# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Foremost Signature Insurance Company, | ) | 4:17-cv-02862-RBH |
| Plaintiff(s), | ) | |
| vs | ) | |
| | ) | |
| Cary Grant, as Personal Representative of the Estate | ) | |
| of Danyal Bellamy; Henrietta Bellamy; Robbie Bellamy | ) | |
| as Guardian for Samoni Bellamy; Angel Barr | ) | |
| as guardian for Redonsea Barden; Granite Express of | ) | |
| Myrtle Beach Inc; Granite Depot Inc; Granite Express | ) | |
| of USA Inc; Cornelio F Costa, | ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post

judgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: Default judgment is entered against defendants Cornelio F Costa, Granite Depot Inc, Granite Express of Myrtle Beach Inc, and Granite Express of USA Inc. Further, as consented to by defendants Cary Grant, Henrietta Bellamy, Robbie Bellamy, and Angel Barr, declaratory judgment is entered in favor of plaintiff Foremost Signature Insurance Company. The Foremost policies at issue do not provide liability coverage for injuries or damages arising out of the May 14, 2015 accident.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.
☐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who grants Plaintiff's Motion for Default and Declaratory Judgment.

                    Robin L. Blume
                    CLERK OF COURT

March 30, 2018             By: <u>s/Leah M. Suttles</u>
                     Deputy Clerk